

**LERNER & GUARINO, LLC**
Attorneys at Law
8 Wright Street, 2nd Floor
Westport, CT 06880

Edward N. Lerner*
George Kent Guarino**

Telephone (203) 817-0850
Facsimile (203) 817-0849

Also admitted in NY, FL, DC*
Also admitted in MI**

www.lernerandguarino.com

March 22, 2017

**MEMO ENDORSED**

VIA ECF

Honorable Louis L. Stanton, USDJ
United States District Court
For the Southern District of New York
500 Pearl Street, Courtroom 21C
New York, NY 10007

*See Order endorsed herewith in 17 Civ. 00007*

LLS

3/22/17

Re: <u>400 West 14th, Inc. v. Denise Collins; 1:17-CV-00005-LLS</u>

Dear Judge Stanton:

Our office represents the Defendant in the above-referenced action. Plaintiff has requested a two-week adjournment of the Scheduling Conference currently scheduled for March 24, 2017. Two weeks ago, due to severe weather conditions which would have made attendance by the Defendant impossible, adjournment was given for two weeks.

At the time the adjournment was granted, Defendant was specifically informed that Attorney Mark Alonso would be attending the hearing. In fact, after the court clerk discussed two potential dates, March 17, and March 24, Attorney Facher vetted the dates with Mr. Alonso and said they were acceptable. Consequently, the current request is enigmatic. In its request to our office, Plaintiff's counsel stated that Mr. Alonso was out of town on college visits. Defendant simply does not understand why it was represented that Mr. Alonso was available and would be attending when according to Plaintiff's counsel he is out of town for college visits. Due to the questionable conflict giving rife to the request, Defendant objects.

Defendant notes that one of the dates requested for adjournment, April 14, 2017 is Good Friday.

Respectfully submitted,

Edward N. Lerner

ENL/cbw

cc: Mark Alonso, Esq., via email malonso@alonsolegal.com
Catania Facher, Esq. via email cfacher@alonsolegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/17